JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBIN ANN CARLIN, | ) Case No. EDCV 10-1665-DTB |
| Plaintiff, | ) |
| | ) **J U D G M E N T** |
| vs. | ) |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | ) |
| Defendant. | ) |

In accordance with the Order Affirming Decision of Commissioner filed herewith,

IT IS HEREBY ADJUDGED that the decision of the Commissioner of Social Security is affirmed and this action is dismissed with prejudice.

DATED: November 8, 2011

_[signature]_

DAVID T. BRISTOW
UNITED STATES MAGISTRATE JUDGE